**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
7    GARY WILLIAM HALLFORD,
8                    Plaintiff,                    No. C 11-3013 PJH (PR)
9         v.                                       **ORDER OF TRANSFER**
10   N. FRANSHAM,  et al.,
11                    Defendants.
                                          /
12
13        This is a civil rights case brought pro se by a state prisoner.  The acts complained of
14   occurred at Folsom State Prison and at the headquarters of the California Department of
15   Corrections and Rehabilitation ("CDCR") in Sacramento, both of which are in the venue of
16   the United States District Court for the Eastern District of California.  Defendants, who are
17   prison and CDCR employees, appear to reside there as well.  Venue, therefore, properly
18   lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).
19        This case is **TRANSFERRED** to the United States District Court for the Eastern
20   District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not
21   rule upon plaintiff's request for leave to proceed in forma pauperis.
22        **IT IS SO ORDERED.**
23   Dated: July 8, 2011.                _____
24                                       PHYLLIS J. HAMILTON
                                         United States District Judge
25
26
27
28   P:\PRO-SE\PJH\CR.11\HALLFORD3013.TRN.wpd